

*SM*

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**RECEIVED**

**DEC 2 0 2022** *SMB*

**THOMAS G. BRUTON**
**CLERK, U.S. DISTRICT COURT**

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

Dr. Lavonia Lonzo )
)
_____ )
)
Plaintiff(s), )
)
v. )
)
Moraine Valley Community )
College )
)
_____ )
Defendant(s). )

22-cv-7164
Judge Wood
Magistrate Judge Jantz
RANDOM

**FILED**
**2/1/2023**
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## COMPLAINT OF EMPLOYMENT DISCRIMINATION

1. This is an action for employment discrimination.

2. The plaintiff is _Dr. Lavonia Lonzo_ of the county of _Cook_ in the state of _IL_.

3. The defendant is _Moraine Valley Community College_, whose street address is _9000 W. College Parkway_, (city) _Palos Hills_ (county) _Cook_ (state) _IL_ (ZIP) _60465_ (Defendant's telephone number) _(708)_ - _974 - 4309_

4. The plaintiff sought employment or was employed by the defendant at (street address) _9000 W. College Parkway_ (city) _Palos Hills_ (county) _Cook_ (state) _IL_ (ZIP code) _60465_

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

5.     The plaintiff [*check one box*]

   (a)  ☐    was denied employment by the defendant.

   (b)  ☐    was hired and is still employed by the defendant.

   (c)  ☑    was employed but is no longer employed by the defendant.

6.     The defendant discriminated against the plaintiff on or about, or beginning on or about, (month) October , (day) 28 , (year) 2019 .

7.1    (*Choose paragraph 7.1 or 7.2, do not complete both.*)

   (a)   The defendant is not a federal governmental agency, and the plaintiff [*check one box*] ☑*has* ☐*has not* filed a charge or charges against the defendant asserting the acts of discrimination indicated in this complaint with any of the following government agencies:

      (i)   ☐ the United States Equal Employment Opportunity Commission, on or about

         (month)_____ (day)_____ (year)_____.

      (ii)  ☑ the Illinois Department of Human Rights, on or about

         (month) May (day) 05 (year) 2020 .

   (b)   If charges *were* filed with an agency indicated above, a copy of the charge is

      attached. ☑ Yes, ☐ No, **but plaintiff will file a copy of the charge within 14 days**.

   It is the policy of both the Equal Employment Opportunity Commission and the Illinois

   Department of Human Rights to cross-file with the other agency all charges received. The

   plaintiff has no reason to believe that this policy was not followed in this case.

7.2    The defendant is a federal governmental agency, and

   (a)   the plaintiff previously filed a Complaint of Employment Discrimination with the

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

defendant asserting the acts of discrimination indicated in this court complaint.

      ☐ Yes (month)_____ (day)_____ (year) _____

      ☐ No, did not file Complaint of Employment Discrimination

(b)     The plaintiff received a Final Agency Decision on (month)_____

     (day) _____ (year) _____.

(c)     Attached is a copy of the

     (i) Complaint of Employment Discrimination,

        ☐ Yes   ☐ No, but a copy will be filed within 14 days.

     (ii) Final Agency Decision

        ☐ Yes   ☐ N0, but a copy will be filed within 14 days.

8.    *(Complete paragraph 8 only if defendant is not a federal governmental agency.)*

    (a) ☐    the United States Equal Employment Opportunity Commission has not

        issued a *Notice of Right to Sue.*

    (b) ☑ the United States Equal Employment Opportunity Commission has issued

        a *Notice of Right to Sue*, which was received by the plaintiff on

        (month) November (day) 23 (year) 2022 a copy of which
              November     18      2022

        *Notice* is attached to this complaint.

9.    The defendant discriminated against the plaintiff because of the plaintiff's [***check only***

***those that apply***]:

    (a) ☑ Age (Age Discrimination Employment Act).

    (b) ☐ Color (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

(c) ☐ Disability (Americans with Disabilities Act or Rehabilitation Act)

(d) ☐ National Origin (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

(e) ☑ Race (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

(f) ☐ Religion (Title VII of the Civil Rights Act of 1964)

(g) ☐ Sex (Title VII of the Civil Rights Act of 1964)

10.    If the defendant is a state, county, municipal (city, town or village) or other local

governmental agency, plaintiff further alleges discrimination on the basis of race, color, or

national origin (42 U.S.C. § 1983).

11.    Jurisdiction over the statutory violation alleged is conferred as follows: for Title VII

claims by 28 U.S.C.§1331, 28 U.S.C.§1343(a)(3), and 42 U.S.C.§2000e-5(f)(3); for 42

U.S.C.§1981 and §1983 by 42 U.S.C.§1988; for the ADA by 42 U.S.C.§12117; for the

Rehabilitation Act, 29 U.S.C. § 791; and for the ADEA, 29 U.S.C. § 626(c).

12.    The defendant [*check only those that apply*]

(a) ☑ failed to hire the plaintiff.

(b) ☑ terminated the plaintiff's employment.

(c) ☐ failed to promote the plaintiff.

(d) ☐ failed to reasonably accommodate the plaintiff's religion.

(e) ☐ failed to reasonably accommodate the plaintiff's disabilities.

(f) ☐ failed to stop harassment;

(g) ☑ retaliated against the plaintiff because the plaintiff did something to assert rights
protected by the laws identified in paragraphs 9 and 10 above;

(h) ☐ other (specify): _____

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

_____

_____

_____

_____

13. The facts supporting the plaintiff's claim of discrimination are as follows:

Please see the attached facts supporting the
plaintiff's claim of discrimination.

_____

_____

_____

14. [*AGE DISCRIMINATION ONLY*] Defendant knowingly, intentionally, and willfully discriminated against the plaintiff.

15. The plaintiff demands that the case be tried by a jury. ☑ Yes ☐ No

16. THEREFORE, the plaintiff asks that the court grant the following relief to the plaintiff [*check only those that apply*]

(a) ☐ Direct the defendant to hire the plaintiff.

(b) ☐ Direct the defendant to re-employ the plaintiff.

(c) ☐ Direct the defendant to promote the plaintiff.

(d) ☐ Direct the defendant to reasonably accommodate the plaintiff's religion.

(e) ☐ Direct the defendant to reasonably accommodate the plaintiff's disabilities.

(f) ☑ Direct the defendant to (specify): **Make-whole Relief.**

_____

_____

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

_____

_____

_____

(g)  ☑  If available, grant the plaintiff appropriate injunctive relief, lost wages, liquidated/double damages, front pay, compensatory damages, punitive damages, prejudgment interest, post-judgment interest, and costs, including reasonable attorney fees and expert witness fees.

(h)  ☑  Grant such other relief as the Court may find appropriate.

*Lavonia Lonzo*
(Plaintiff's signature)

Dr. Lavonia Lonzo
(Plaintiff's name)

4911 W. Saint Paul Ave.
(Plaintiff's street address)

(City) Chicago          (State) IL     (ZIP) 60639

(Plaintiff's telephone number) (773) – 385-9890

Date:  December 19, 2022

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974: See Privacy act statement before completing this form.

# 20M0506.01

| AGENCY | CHARGE NUMBER |
|---|---|
| ☒ IDHR | 2020CA2808 |
| ☐ EEOC | |

## Illinois Department of Human Rights and EEOC

| NAME OF COMPLAINANT (indicate Mr. Ms. Mrs.)<br><br>Dr. Lavonia Lonzo | TELEPHONE NUMBER (include area code)<br><br>(773) 385-9890 |
|---|---|

| STREET ADDRESS<br><br>4911 W. St. Paul Ave. | CITY, STATE AND ZIP CODE<br><br>Chicago, IL 60639 | DATE OF BIRTH<br>03/30/1963<br>MM / DD / YYYY |
|---|---|---|

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (IF MORE THAN ONE LIST BELOW)

| NAME OF RESPONDENT<br><br>Moraine Valley Community College | NUMBER OF EMPLOYEES, MEMBERS 15+ | TELEPHONE NUMBER (include area<br><br>(708) 974-4300 |
|---|---|---|

| STREET ADDRESS<br><br>9000 West College Parkway | CITY, STATE AND ZIP CODE<br><br>Palos Hills, Il 60465 | COUNTY<br><br>Cook |
|---|---|---|

| CAUSE OF DISCRIMINATION BASED ON:<br><br>Race  Age  Retaliation | DATE OF DISCRIMINATION EARLIEST (ADEA/EPA)  LATEST (ALL)<br><br>10/28/19    04/27/2020<br>☐ CONTINUING ACTION |
|---|---|

THE PARTICULARS OF THE CHARGE ARE AS FOLLOWS:

ILLINOIS HUMAN RIGHTS
INTAKE UNIT
20 SEP 30 PH 12: 38
RECEIVED BY

**S E E   A T T A C H E D**

Page 1 of 4                                                                                    HMS

I also want this charge filed with the EEOC. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

SUBSCRIBED AND SWORN TO BEFORE ME

THIS 21 DAY OF September , 2020

X _Erika Leon_
NOTARY SIGNATURE

ERIKA LEON
Official Seal
Notary Public - State of Illinois
My Commission Expires Apr 27, 2022

NOTARY STAMP

X _[signature]_                                                9/21/2020
SIGNATURE OF COMPLAINANT                    DATE

I declare under penalty that the foregoing is true and correct I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief

Return this copy)

Charge Number: 2020CA2808
Complainant: Dr. Lavonia Lonzo
Page 2 of 4

I.    A.    **ISSUES/BASIS**

            **UNEQUAL TERMS AND CONDITIONS OF EMPLOYMENT – OCTOBER 28, 2019 THROUGH TO MAY 15, 2020, DUE TO MY RACE, BLACK**

    B.    **PRIMA FACIE ALLEGATIONS**

        1.    **My race is black.**

        2.    **My performance as an Adjunct Assistant Librarian met Respondent's expectation. I was hired on October 28, 2019.**

        3.    **From October 28, 2019 and continuing through to May 15, 2020, I was subjected to unequal terms and conditions of employment by Troy Swanson (non-black), Department Chairperson. He has not allowed me to work more than 22 hours per week.**

        4.    **Similarly situated non-black employees were not subjected to unequal terms and conditions of employment.**

II.    A.    **ISSUES/BASIS**

            **UNEQUAL TERMS AND CONDITIONS OF EMPLOYMENT – OCTOBER 28, 2019 THROUGH TO MAY 15, 2020, DUE TO MY AGE, 57**

    B.    **PRIMA FACIE ALLEGATIONS**

        1.    **I was 57 years of age at the time of the alleged violation.**

        2.    **My performance as an Adjunct Assistant Librarian met Respondent's expectation. I was hired on October 28, 2019.**

        3.    **From October 28, 2019 and continuing through to May 15, 2020, I was subjected to unequal terms and conditions of employment by Troy Swanson (age unknown), Department Chairperson. He has not allowed me to work more than 22 hours per week.**

        4.    **Similarly situated employees under the age of 40 and/or significantly younger than myself were not subjected to unequal terms and conditions of employment.**

Charge Number: 2020CA2808
Complainant: Dr. Lavonia Lonzo
Page 3 of 4

III.   A.   **ISSUES/BASIS**

                **DISCHARGE – APRIL 27, 2020, DUE TO MY RACE, BLACK**

       B.   **PRIMA FACIE ALLEGATIONS**

           1.   My race is black.

           2.   My performance as an Adjunct Assistant Librarian met Respondent's expectation. I was hired on October 28, 2019.

           3.   On April 27, 2020, Troy Swanson (non-black), Department Chairperson, informed me that effective May 11, 2020, I would be discharged. The reasons cited for the discharge were due to the pandemic and the decrease in student enrollment.

           4.   Similarly situated non-black employees were not discharged under similar circumstances.

IV.   A.   **ISSUES/BASIS**

                **DISCHARGE – APRIL 27, 2020, DUE TO MY AGE, 57**

       B.   **PRIMA FACIE ALLEGATIONS**

           1.   I was 57 years of age at the time of the alleged violation.

           2.   My performance as an Adjunct Assistant Librarian met Respondent's expectation. I was hired on October 28, 2019.

           3.   On April 27, 2020, Troy Swanson (age unknown), Department Chairperson, informed me that effective May 15, 2020, I would be discharged. The reasons cited for the discharge were due to the pandemic and the decrease in student enrollment.

           4.   Similarly situated employees under the age of 40 and/or significantly younger than myself were not discharged under similar circumstances.

V.   A.   **ISSUES/BASIS**

                **DISCHARGE – APRIL 27, 2020, IN RETALIATION FOR HAVING COMPLAINED ABOUT UNLAWFUL DISCRIMINATION IN THE WORKPLACE**

**Charge Number:** 2020CA2808
**Complainant:** Dr. Lavonia Lonzo
**Page 4 of 4**

**B.    PRIMA FACIE ALLEGATIONS**

1.    On January 28, 2020, I engaged in a protected activity when I complained to Charmaine Sevier, Diversity & Employment Manager, that I was discriminated against because of my race and age.

2.    On April 27, 2020, Troy Swanson, Department Chairperson, informed me that effective May 15, 2020, I would be discharged. The reasons cited for the discharge were due to the pandemic and for the decrease in student enrollment.

3.    The adverse actions followed my protected activity within such a period of time as to raise an inference of retaliatory motivation.

 **MORAINE VALLEY COMMUNITY COLLEGE**

April 28, 2020

Troy A. Swanson, PhD, MLIS
Department Chair, Library Services
Moraine Valley Community College
Palos Hills, IL 60465

Dear Hiring Manager,

It is my pleasure to offer this letter of support for Lavonia Lonzo. As Library Department Chair, I have served as Dr. Lonzo's supervisor and can attest to her work as a reference librarian and instructor.

As a reference librarian, Dr. Lonzo has been a reliable member of our team who demonstrates a commitment to student success. Her work with students at our information desk has been outstanding. She has patience and the ability to understand the challenges that students face. I have appreciated her willingness to go the extra mile for our students.

As an instructor, Dr. Lonzo brings excellent experience to the classroom. She demonstrated her ability to work in the classroom setting. Her *Lifelong Learning Portfolio Project* was an innovative project that could be used in the classroom or as an independent learning activity. This project was a reflective learning approach that builds skills while helping students build job-related.

Dr Lonzo also offered her skills to help our librarians develop professionally. She developed a series of workshops call *Apple Tours* which helped librarians and support staff members to learn the Apple iOs. She also updated a research guide for staff and faculty who are working conducting research for the Ph.D.

Dr. Lonzo brings experience and an innovative approach to her job. I offer my support for her without reservation. Please feel free to contact me at swanson@morainevalley.edu or call at 708-974-5439.

Sincerely yours,

Troy A. Swanson

Certification Section

Page 1 of 1

 **Employer Website**

Log Off

| Home | Web Events | Return to Work | Member Information | Security | Reports | |

Event Inquiry    Add New Event

Help

# NEW HIRE

Print this Page

**Welcome Back**

Shanita Jones
Moraine Valley Community
College
9000 W. College Pkwy
Palos Hills, IL 60465 - 0937
(708)974-5694
joness359@morainevalley.edu

Event ID 501081179 - MORAIN   Event Status   Pending

Name Lonzo, Lavonia   SSN XXX-XX-

Sections of this Event:

Member Information   OK    Certification   No Data

**Quick Links**

Contact Us
FAQ's
Event Help
Website Training Help
Member Guides & Forms
Fact Sheets
Employer Manual
Employer Insight

| Delete Event | Add Notes | **Update and Continue** | ✿ | Validate Section ☑ |

**Certification Section**

Member Type                                             ○ Academic ◉ Staff ○ Police/Firefighter

Certification Date                                       10/28/2019  ■  MM/DD/YYYY
Monthly Pay Rate  ✿                                 $        2817
Pay Duration (in months)                             12 Months
Percent of Employment                                63 %

Will compensation be 100% funded by an "employer" as defined in 40 ILCS 5/15-
106     (including federal grant or trust funds under employer control)?     ◉ Yes ○ No

Did you accept transfer of sick leave credit from previous SURS employer?     ○ Yes ◉ No

If Yes, Sick Leave Days Transferred                 days from Employer     [ ▾ ]

| Delete Event | Add Notes | **Update and Continue** | ✿ |

Copyright 2013 - State Universities Retirement System of Illinois, 1901 Fox Drive Champaign  Illinois 61820
Dial Toll Free: 800-275-7877  Dial Direct: 217-378-8800, Fax: 217-378-9800

6/9/2021                                                    Termination Section

 **Employer Website**

Log Off

| Home | Web Events | Return to Work | Member Information | Security | Reports | |

Event Inquiry    Add New Event

Help                          **TERMINATION**                    Print this Page

**Welcome Back**

Ma Luisa Mitra
Moraine Valley Community College
9000 W. College Pkwy
Palos Hills, IL 60465 - 0937
(708)974-5695
mitram@morainevalley.edu

Event ID: **461684** - MORAIN    Event Status    Pending

Name: **Lonzo, Lavonia**    SSN: **XXX-XX-XXXX**

**Sections of this Event:**

Termination    Pending    Compensation    Pending

**Quick Links**

Contact Us
FAQ's
Event Help
Website Training Help
Member Guides & Forms
Fact Sheets
Employer Manual
Webinar Videos
Employer Insight
RSP Redesign and New DCP

Add Notes    [ **Update and Continue** ]    ✔    Validate Section ☑

┌─────────────────────────────────────────────────────┐
│              **Termination Section**                 │
└─────────────────────────────────────────────────────┘

**Employment Information**

Member Type: ○ Academic  ● Staff  ○ Police/Firefighter

Number of Hours Worked per Day:    5    Percent of Employment:    63 %

Paid hourly Y/N? ● Yes ○ No

Will Workers' Compensation be payable? ○ Yes ● No

**Important Dates**

Last Payroll Date: ✔ 5/16/2020 📅

Date of Termination: ✔ 5/15/2020 📅

Police/Fire Employment Dates: ✔ from _____ 📅 to _____ 📅

**Vacation & Sick Leave Days**

Vacation Days: _____ days  Cash Value of Vacation Days: $ _____

Unpaid Sick Leave Days: _____ days  Paid Sick Leave Days: _____ days

Did you accept transfer of sick leave credit from previous SURS employer? ○ Yes ● No

If Yes, Sick Leave Days Transferred _____ days  Employer: ⌄

Add Notes    [ **Update and Continue** ]    ✔

Copyright 2013 - State Universities Retirement System of Illinois, 1901 Fox Drive Champaign, Illinois 61820
Dial Toll Free: 800-275-7877, Dial Direct: 217-378-8800, Fax: 217-378-9800

5/9/2020                         Moraine Valley CC Applicant Portal | Adjunct Summer 2019 - Public Service Librarian

**Moraine Valley Community College**                                        Employment

Home

Search Jobs

Your Bookmarked
Postings

Your Applications

Your Documents

Account Settings

Demographic Info

Logout Lavonia

Help

Human Resources

Diversity and Inclusion

About Our Benefits

Mission Statement

## Adjunct Summer 2019 - Public Service Librarian

Below you will find the details for the position including any supplementary documentation and questions you should review
before applying for the opening.  To apply for the position, please click the **Apply for this Job** link/button.

If you would like to bookmark this position for later review, click on the **Bookmark** link. To email this position to a friend, click on
the **Email to a Friend** link.  If you would like to print a copy of this position for your records, click on the **Print Preview** link.

Bookmark this Posting | Print Preview | View your Completed Application

**Please see Special Instructions for more details.**

Please apply online.

## Posting Details

| | |
|---|---|
| **Job Title** | Adjunct Summer 2019 - Public Service Librarian |
| **Classification Title** | |
| **Position Type** | Faculty |
| **Department** | Library/Learning Resource Center |
| **Work Location** | ALL SITES |
| **Duties** | Under the direction of the Department Chair, responsibilities include teaching information literacy and digital literacy instruction through class workshops, providing reference and information services, supporting student media projects, partnering with classroom faculty, working on collection development projects, and other projects as assigned. Librarians teach information literacy and library instruction sessions in the main library and at the college's extension sites. |
| **Education/Experience** | Master's degree from an American Library Association (ALA) accredited school. Teaching and reference experience in an academic library preferred. |
| **Qualifications** | Persons hired will be expected to teach information literacy and library instruction sessions at both the main campus and at the college's extension sites. Experience with digital media creation and video/audio editing software and knowledge of digital literacy instruction is preferred. |
| **Position Status** | Part Time |
| **Hours** | Day and evening hours available |
| **Minimum Starting Rate** | --- |
| **Hourly/Salary** | Other |
| **Review of Applications Begins** | 04/29/2019 |
| **Posting Number** | FA00330P |
| **Open Date** | 04/18/2019 |
| **Close Date** | |
| **Open Until Filled** | |
| **Special Instructions to Applicants** | Please apply online. |

5/9/2020

## Supplemental Questions

Required fields are indicated with an asterisk (*).

1. * How did you hear about this employment opportunity?

- Chicago Tribune
- HigherEdJobs
- InsideHigherEd
- Chronicle of Higher Education
- MVCC Website/Posting
- Employee of MVCC
- Other
- No Response

2. * Are you a State Universities Retirement System (SURS) annuitant and currently receiving a monthly annuity?

- Yes
- No

3. * Do you have a Master's degree from an American Library Association (ALA) accredited school?

- YES
- NO

## Documents Needed To Apply

### Required Documents

1. Resume/Curriculum Vitae
2. Cover Letter
3. Unofficial Transcripts

### Optional Documents

1. Other Document



 MORAINE VALLEY COMMUNITY COLLEGE

April 28, 2020

Troy A. Swanson, PhD, MLIS
Department Chair, Library Services
Moraine Valley Community College
Palos Hills, IL 60465

Dear Hiring Manager,

It is my pleasure to offer this letter of support for Lavonia Lonzo. As Library Department Chair, I have served as Dr. Lonzo's supervisor and can attest to her work as a reference librarian and instructor.

As a reference librarian, Dr. Lonzo has been a reliable member of our team who demonstrates a commitment to student success. Her work with students at our information desk has been outstanding. She has patience and the ability to understand the challenges that students face. I have appreciated her willingness to go the extra mile for our students.

As an instructor, Dr. Lonzo brings excellent experience to the classroom. She demonstrated her ability to work in the classroom setting. Her *Lifelong Learning Portfolio Project* was an innovative project that could be used in the classroom or as an independent learning activity. This project was a reflective learning approach that builds skills while helping students build job-related.

Dr Lonzo also offered her skills to help our librarians develop professionally. She developed a series of workshops call *Apple Tours* which helped librarians and support staff members to learn the Apple iOs. She also updated a research guide for staff and faculty who are working conducting research for the Ph.D.

Dr. Lonzo brings experience and an innovative approach to her job. I offer my support for her without reservation. Please feel free to contact me at swanson@morainevalley.edu or call at 708-974-5439.

Sincerely yours,


Troy A. Swanson

Certification Section                                                          Page 1 of 1

 **S·U·R·S** **Employer Website**

STATE UNIVERSITIES RETIREMENT SYSTEM

[ Log Off ]

| Home | Web Events | Return to Work | Member Information | Security | Reports |
|------|-----------|----------------|-------------------|----------|---------|

Event Inquiry    Add New Event

Help                          **NEW HIRE**                  Print this Page

Event ID  501081179 - MORAIN   Event Status   Pending

Name Lonzo, Lavonia  SSN XXX-XX-____

Sections of this Event:

Member Information   OK   Certification   No Data

**Welcome Back**

**Shanita Jones**
Moraine Valley Community
College
9000 W. College Pkwy
Palos Hills  IL 60465 - 0937
(708)974-5694
joness359@morainevalley.edu

**Quick Links**

Contact Us
FAQ's
Event Help
Website Training Help
Member Guides & Forms
Fact Sheets
Employer Manual
Employer Insight

[ Delete Event ]    [ Add Notes ]    [ **Update and Continue** ]  ❷    Validate Section ☑

**Certification Section**

Member Type                                    ○ Academic ◉ Staff ○ Police/Firefighter

Certification Date                             10/28/2019  🔳  MM/DD/YYYY
Monthly Pay Rate  ❷                         $        2817
Pay Duration (in months)                              12 Months
Percent of Employment                                 63 %

Will compensation be 100% funded by an "employer" as defined in 40 ILCS 5/15-      ◉ Yes ○ No
106      (including federal grant or trust funds under employer control)?

Did you accept transfer of sick leave credit from previous SURS employer?        ○ Yes ◉ No

If Yes, Sick Leave Days Transferred          days from Employer   [ ▼ ]

[ Delete Event ]    [ Add Notes ]    [ **Update and Continue** ]  ❷

Copyright 2013 - State Universities Retirement System of Illinois, 1901 Fox Drive Champaign  Illinois 61820
Dial Toll Free: 900-275-7877  Dial Direct: 217-378-8800, Fax: 217-378-9800

6/9/2021                                                                          Termination Section

 **Employer Website**

[ Log Off ]

| Home | Web Events | Return to Work | Member Information | Security | Reports | |

Event Inquiry    Add New Event

Help                          **TERMINATION**                     Print this Page

**Welcome Back**

**Ma Luisa Mitra**
Moraine Valley Community College
9000 W. College Pkwy
Palos Hills, IL 60465 - 0937
(708)974-5695
mitram@morainevalley.edu

Event ID: <u>461684</u> - MORAIN    Event Status   Pending

Name: <u>Lonzo, Lavonia</u>   SSN: <u>XXX-XX-____</u>

Sections of this Event:

Termination   **Pending**     Compensation   **Pending**

**Quick Links**

Contact Us
FAQ's
Event Help
Website Training Help
Member Guides & Forms
Fact Sheets
Employer Manual
Webinar Videos
Employer Insight
RSP Redesign and New DCP

Add Notes       [ **Update and Continue** ]  ✔   Validate Section ☑

| **Termination Section** |

### Employment Information

Member Type: ○ Academic  ● Staff  ○ Police/Firefighter

Number of Hours Worked per Day:      5    Percent of Employment:        63 %

Paid hourly Y/N? ● Yes ○ No

Will Workers' Compensation be payable? ○ Yes ● No

### Important Dates

Last Payroll Date:  ✔  5/16/2020  📅

Date of Termination:  ✔  5/15/2020  📅

Police/Fire Employment Dates:  ✔  from              📅  to           📅

### Vacation & Sick Leave Days

Vacation Days:        days  Cash Value of Vacation Days:  $

Unpaid Sick Leave Days:        days   Paid Sick Leave Days:          days

Did you accept transfer of sick leave credit from previous SURS employer? ○ Yes ● No

If Yes, Sick Leave Days Transferred         days  Employer:        ⌄

Add Notes       [ **Update and Continue** ]  ✔

Copyright 2013 - State Universities Retirement System of Illinois, 1901 Fox Drive Champaign, Illinois 61820
Dial Toll Free: 800-275-7877, Dial Direct: 217-378-8800, Fax: 217-378-9800



## Employment

**Home**

**Search Jobs**

**Your Bookmarked Postings**

**Your Applications**

**Your Documents**

**Account Settings**

**Demographic Info**

**Logout Lavonia**

**Help**

Human Resources

Diversity and Inclusion

About Our Benefits

Mission Statement

## Adjunct Summer 2019 - Public Service Librarian

Below you will find the details for the position including any supplementary documentation and questions you should review before applying for the opening. To apply for the position, please click the **Apply for this Job** link/button.

If you would like to bookmark this position for later review, click on the **Bookmark** link. To email this position to a friend, click on the **Email to a Friend** link. If you would like to print a copy of this position for your records, click on the **Print Preview** link.

Bookmark this Posting | Print Preview | View your Completed Application

### Please see Special Instructions for more details.

Please apply online.

## Posting Details

| | |
|---|---|
| **Job Title** | Adjunct Summer 2019 - Public Service Librarian |
| **Classification Title** | |
| **Position Type** | Faculty |
| **Department** | Library/Learning Resource Center |
| **Work Location** | ALL SITES |
| **Duties** | Under the direction of the Department Chair, responsibilities include teaching information literacy and digital literacy instruction through class workshops, providing reference and information services, supporting student media projects, partnering with classroom faculty, working on collection development projects, and other projects as assigned. Librarians teach information literacy and library instruction sessions in the main library and at the college's extension sites. |
| **Education/Experience** | Master's degree from an American Library Association (ALA) accredited school. Teaching and reference experience in an academic library preferred. |
| **Qualifications** | Persons hired will be expected to teach information literacy and library instruction sessions at both the main campus and at the college's extension sites. Experience with digital media creation and video/audio editing software and knowledge of digital literacy instruction is preferred. |
| **Position Status** | Part Time |
| **Hours** | Day and evening hours available |
| **Minimum Starting Rate** | --- |
| **Hourly/Salary** | Other |
| **Review of Applications Begins** | 04/29/2019 |
| **Posting Number** | FA00330P |
| **Open Date** | 04/18/2019 |
| **Close Date** | |
| **Open Until Filled** | |
| **Special Instructions to Applicants** | Please apply online. |

## Supplemental Questions

Required fields are indicated with an asterisk (*).

1. * How did you hear about this employment opportunity?

   - Chicago Tribune
   - HigherEdJobs
   - InsideHigherEd
   - Chronicle of Higher Education
   - MVCC Website/Posting
   - Employee of MVCC
   - Other
   - No Response

2. * Are you a State Universities Retirement System (SURS) annuitant and currently receiving a monthly annuity?

   - Yes
   - No

3. * Do you have a Master's degree from an American Library Association (ALA) accredited school?

   - YES
   - NO

## Documents Needed To Apply

### Required Documents

1. Resume/Curriculum Vitae
2. Cover Letter
3. Unofficial Transcripts

### Optional Documents

1. Other Document



 **MORAINE VALLEY COMMUNITY COLLEGE**

April 28, 2020

Troy A. Swanson, PhD, MLIS
Department Chair, Library Services
Moraine Valley Community College
Palos Hills, IL 60465

Dear Hiring Manager,

It is my pleasure to offer this letter of support for Lavonia Lonzo. As Library Department Chair, I have served as Dr. Lonzo's supervisor and can attest to her work as a reference librarian and instructor.

As a reference librarian, Dr. Lonzo has been a reliable member of our team who demonstrates a commitment to student success. Her work with students at our information desk has been outstanding. She has patience and the ability to understand the challenges that students face. I have appreciated her willingness to go the extra mile for our students.

As an instructor, Dr. Lonzo brings excellent experience to the classroom. She demonstrated her ability to work in the classroom setting. Her *Lifelong Learning Portfolio Project* was an innovative project that could be used in the classroom or as an independent learning activity. This project was a reflective learning approach that builds skills while helping students build job-related.

Dr Lonzo also offered her skills to help our librarians develop professionally. She developed a series of workshops call *Apple Tours* which helped librarians and support staff members to learn the Apple iOs. She also updated a research guide for staff and faculty who are working conducting research for the Ph.D.

Dr. Lonzo brings experience and an innovative approach to her job. I offer my support for her without reservation. Please feel free to contact me at swanson@morainevalley.edu or call at 708-974-5439.

Sincerely yours,

Troy A. Swanson



**Employer Website**

| Log Off |

| Home | Web Events | Return to Work | Member Information | Security | Reports | |

Event Inquiry    Add New Event

| Help |

**NEW HIRE**

| Print this Page |

Event ID **501081179 - MORAIN**   Event Status   Pending

Name **Lonzo, Lavonia**   SSN **XXX-XX-**

Sections of this Event:

Member Information   OK    Certification   No Data

| Welcome Back |

**Shanita Jones**
Moraine Valley Community
College
9000 W. College Pkwy
Palos Hills IL 60465 - 0937
(708)974-5694
joness359@morainevalley.edu

| Quick Links |

Contact Us
FAQ's
Event Help
Website Training Help
Member Guides & Forms
Fact Sheets
Employer Manual
Employer Insight

| Delete Event |   | Add Notes |   | **Update and Continue** |  ✪   Validate Section ☑

| **Certification Section** |

Member Type                                          ○ Academic ● Staff ○ Police/Firefighter

Certification Date                                   10/28/2019  ◼ MM/DD/YYYY

Monthly Pay Rate   ✪                               $    2817

Pay Duration (in months)                                 12 Months

Percent of Employment                                    63 %

Will compensation be 100% funded by an "employer" as defined in 40 ILCS 5/15-
106    (including federal grant or trust funds under employer control)?         ● Yes ○ No

Did you accept transfer of sick leave credit from previous SURS employer?       ○ Yes ● No

If Yes, Sick Leave Days Transferred              days from Employer    [ ▾ ]

| Delete Event |   | Add Notes |   | **Update and Continue** |  ✪

Copyright 2013 - State Universities Retirement System of Illinois, 1901 Fox Drive Champaign Illinois 61820
Dial Toll Free: 900-275-7877 · Dial Direct: 217-378-8800, Fax: 217-378-9800

6/9/2021                                                    Termination Section

 **Employer Website**

[ Log Off ]

| Home | Web Events | Return to Work | Member Information | Security | Reports | |

Event Inquiry   Add New Event

Help                          **TERMINATION**                   Print this Page

**Welcome Back**

**Ma Luisa Mitra**
Moraine Valley Community
College
9000 W. College Pkwy
Palos Hills, IL 60465 - 0937
(708)974-5695
mitram@morainevalley.edu

Event ID: **461684 - MORAIN**   Event Status   Pending

Name: **Lonzo, Lavonia**   SSN: **XXX-XX-____**

**Sections of this Event:**

Termination   Pending   Compensation   Pending

**Quick Links**

Contact Us
FAQ's
Event Help
Website Training Help
Member Guides & Forms
Fact Sheets
Employer Manual
Webinar Videos
Employer Insight
RSP Redesign and New DCP

Add Notes      [ **Update and Continue** ]   ✔   Validate Section ☑

| **Termination Section** |

**Employment Information**

Member Type: ○ Academic ● Staff ○ Police/Firefighter

Number of Hours Worked per Day:     5   Percent of Employment:      63 %

Paid hourly Y/N? ● Yes ○ No

Will Workers' Compensation be payable? ○ Yes ● No

**Important Dates**

Last Payroll Date:  ✔ 5/16/2020  📅

Date of Termination:  ✔ 5/15/2020  📅

Police/Fire Employment Dates:  ✔ from  ___ 📅 to  ___ 📅

**Vacation & Sick Leave Days**

Vacation Days:      days  Cash Value of Vacation Days: $ ___

Unpaid Sick Leave Days:      days  Paid Sick Leave Days:      days

Did you accept transfer of sick leave credit from previous SURS employer? ○ Yes ● No

If Yes, Sick Leave Days Transferred      days  Employer:  ⌄

Add Notes      [ **Update and Continue** ]   ✔

Copyright 2013 - State Universities Retirement System of Illinois, 1901 Fox Drive Champaign, Illinois 61820
Dial Toll Free: 800-275-7877, Dial Direct: 217-378-8800, Fax: 217-378-9800

5/9/2020      Moraine Valley CC Applicant Portal | Adjunct Summer 2019 - Public Service Librarian



# Employment

Home

Search Jobs

Your Bookmarked Postings

Your Applications

Your Documents

Account Settings

Demographic Info

Logout Lavonia

Help

Human Resources

Diversity and Inclusion

About Our Benefits

Mission Statement

## Adjunct Summer 2019 - Public Service Librarian

Below you will find the details for the position including any supplementary documentation and questions you should review before applying for the opening. To apply for the position, please click the **Apply for this Job** link/button.

If you would like to bookmark this position for later review, click on the **Bookmark** link. To email this position to a friend, click on the **Email to a Friend** link. If you would like to print a copy of this position for your records, click on the **Print Preview** link.

Bookmark this Posting | Print Preview | View your Completed Application

**Please see Special Instructions for more details.**

Please apply online.

## Posting Details

| | |
|---|---|
| **Job Title** | Adjunct Summer 2019 - Public Service Librarian |
| **Classification Title** | |
| **Position Type** | Faculty |
| **Department** | Library/Learning Resource Center |
| **Work Location** | ALL SITES |
| **Duties** | Under the direction of the Department Chair, responsibilities include teaching information literacy and digital literacy instruction through class workshops, providing reference and information services, supporting student media projects, partnering with classroom faculty, working on collection development projects, and other projects as assigned. Librarians teach information literacy and library instruction sessions in the main library and at the college's extension sites. |
| **Education/Experience** | Master's degree from an American Library Association (ALA) accredited school. Teaching and reference experience in an academic library preferred. |
| **Qualifications** | Persons hired will be expected to teach information literacy and library instruction sessions at both the main campus and at the college's extension sites. Experience with digital media creation and video/audio editing software and knowledge of digital literacy instruction is preferred. |
| **Position Status** | Part Time |
| **Hours** | Day and evening hours available |
| **Minimum Starting Rate** | --- |
| **Hourly/Salary** | Other |
| **Review of Applications Begins** | 04/29/2019 |
| **Posting Number** | FA00330P |
| **Open Date** | 04/18/2019 |
| **Close Date** | |
| **Open Until Filled** | |
| **Special Instructions to Applicants** | Please apply online. |

## Supplemental Questions

Required fields are indicated with an asterisk (*).

1. * How did you hear about this employment opportunity?

   - Chicago Tribune
   - HigherEdJobs
   - InsideHigherEd
   - Chronicle of Higher Education
   - MVCC Website/Posting
   - Employee of MVCC
   - Other
   - No Response

2. * Are you a State Universities Retirement System (SURS) annuitant and currently receiving a monthly annuity?

   - Yes
   - No

3. * Do you have a Master's degree from an American Library Association (ALA) accredited school?

   - YES
   - NO

## Documents Needed To Apply

### Required Documents

1. Resume/Curriculum Vitae
2. Cover Letter
3. Unofficial Transcripts

### Optional Documents

1. Other Document



 **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

Chicago District Office
230 S. Dearborn Street
Chicago, Illinois 60604
(800) 669-4000
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS

(This Notice replaces EEOC FORMS 161 & 161-A)

Issued On: 11/23/2022

To: Dr. Lavonia Lonzo
4911 W. St. Paul Avenue
Chicago, IL 60639

**Charge No: 21B-2021-00574**

EEOC Representative and email:

Sherice Galloway
Manager / State, Local & Tribal
sherice.galloway@eeoc.gov

## DISMISSAL OF CHARGE

The EEOC has adopted the findings of the state or local fair employment practices agency that investigated your charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On Behalf of the Commission:

Digitally Signed By: Julianne Bowman
11/23/2022
Julianne Bowman
District Director

Cc:

MORAINE VALLEY COMMUNITY COLLEGE
c/o Leann M. Crow, Esq.
James J. Roche & Associates
920 N. York Road, Suite 210
Hinsdale, IL 60521

**Dr. Lavonia Lonzo**

**V.**

**Moraine Valley Community College**

## FACTS SUPPORTING CLAIM OF DISCRIMNATION
## CHARGE NUMBER 2020CA3075

In June 2019, I applied for the Assistant Librarian, Public Service Adjunct position at Moraine Valley Community College. I was qualified for said position.

Troy Swanson (non-black) Department Chairperson failed to hire me on July 18, 2019 because of my race (Black) and my age ( 56 years old). No reason was cited for the failure to hire.

On or about July 2019, Troy Swanson hired a non-black and younger applicant for said position who is less qualified than me.

Date: 12/19/2022          Signature: _____

                    Printed name: Lavonia Lonzo

Dr. Lavonia Lonzo
     V.
Moraine Valley Community College

## FACTS SUPPORTING CLAIM OF DISCRIMNATION
## CHARGE NUMBER 2020CA2808

My race is Black and age was 57 at the time of the alleged violation. I was hired as an Adjunct Assistant Librarian at Moraine Valley Community College on October 28, 2019. My performance as an Adjunct Assistant Librarian met the expectations for which I was hired.

From October 28, 2019 and continuation through to May 15, 2020, I was subjected to unequal terms and conditions of employment by Troy Swanson, Department Chairperson. He did not allow me to work more than 22 hours per week.

Similarly situated non-black employees under the age of 40 and or significantly younger than myself were not subjected to unequal terms and conditions of employment.

On January 28, 2020, I engaged in a protected activity when I complained to Charmaine Sevier, Diversity & Employment Manager, that I was discriminated against because of my race and age.

On April 27, 2020, Troy Swanson, Department Chairperson, informed me that effective May 15, 2020, I would be discharged. The reasons cited for the discharge were due to the pandemic and for the decrease in student enrollment.

On May 05, 2020, I filed a race/age discrimination and retaliation charge with the Illinois Department of Human Rights.

Moraine Valley Community College discharged my employment on May 15, 2020. The adverse actions followed my protected activity within such a period of time as to raise an inference of retaliatory motivation.

Date: 12/19/2022      Signature: _____

Printed name: Lavonia Lonzo

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

Chicago District Office
230 S. Dearborn Street
Chicago, Illinois 60604
(800) 669-4000
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS

(This Notice replaces EEOC FORMS 161 & 161-A)

Issued On: 11/18/2022

**To:** Dr. Lavonia Lonzo
4911 W. St. Paul Avenue
Chicago, IL 60639

**Charge No: 21B-2020-01610**

EEOC Representative and email:    Sherice Galloway
Manager / State, Local & Tribal
sherice.galloway@eeoc.gov

## DISMISSAL OF CHARGE

The EEOC has adopted the findings of the state or local fair employment practices agency that investigated your charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On Behalf of the Commission:

Digitally Signed By:Julianne Bowman
11/18/2022
Julianne Bowman
District Director

**Cc:**

MORAINE VALLEY COMMUNITY COLLEGE
c/o LeeAnn M. Crow, Esq.
James J. Roche & Associates
920 N. York Road, Suite 210
Hinsdale, IL 60521

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974: See Privacy act
statement before completing this form.

**# 21M0222.04**

| AGENCY | CHARGE NUMBER |
|---|---|
| ☒ IDHR | 2020CA3075 |
| ☐ EEOC | |

## Illinois Department of Human Rights and EEOC

**NAME OF COMPLAINANT** (indicate Mr. Ms. Mrs.)

Dr. Lavonia Lonzo

**TELEPHONE NUMBER** (include area code)

(773) 385-9890

**STREET ADDRESS**

4911 West Saint Paul Avenue

**CITY, STATE AND ZIP CODE**

Chicago, Il. 60639

**DATE OF BIRTH**

03/30/1963

MM / DD / YYYY

**NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE
OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (IF MORE THAN ONE LIST BELOW)**

**NAME OF RESPONDENT**

Moraine Valley Community College

**NUMBER OF
EMPLOYEES,
MEMBERS 15+**

**TELEPHONE NUMBER** (include area

(708) 974-4300

**STREET ADDRESS**

9000 West College Parkway

**CITY, STATE AND ZIP CODE**

Palos Hills, Il. 60465

**COUNTY**

Cook

**CAUSE OF DISCRIMINATION BASED ON:**

Race   Age

**DATE OF DISCRIMINATION
EARLIEST (ADEA/EPA) LATEST (ALL)**

07/18/2019

☐ CONTINUING ACTION

**THE PARTICULARS OF THE CHARGE ARE AS FOLLOWS:**

## S E E   A T T A C H E D

**Page 1 of 2**

HMS

I also want this charge filed with the EEOC. I will advise the
agencies if I change my address or telephone number and I will
cooperate fully with them in the processing of my charge in
accordance with their procedures.

Under penalties as provided by law pursuant to Section 1-109 of the
Code of Civil Procedure, the undersigned certifies that the
statements set forth in this instrument are true and correct, except as
to matters therein stated to be on information and belief and as to
such matters the undersigned certifies as aforesaid that the
undersigned verily believes the same to be true. [735 ILCS 5 1-109]

X _____    03/03/2021

**SIGNATURE OF COMPLAINANT**      **DATE**

(Notary, when preferred, or if not signing above under 735 ILCS 5 1-109.)

**SUBSCRIBED AND SWORN TO BEFORE ME**

**THIS** 3rd **DAY OF** March _____ 21

BRENDA BARRERA
Official Seal
Notary Public – State of Illinois
My Commission Expires Jul 28, 2021

X _____

**SIGNATURE OF NOTARY**

**NOTARY STAMP**

EEO-5 FORM (Rev. 12/2020-INT)

Return this copy

Charge Number: 2020CA3075
Complainant: Dr. Lavonia Lonzo
Page 2 of 2

I.  A.  **ISSUE/BASIS**

FAILURE TO HIRE – JULY 18, 2019, DUE TO RACE

B.  **PRIMA FACIE ALLEGATIONS**

1.  My race is black.

2.  In June 2019, I applied to Respondent's Assistant Librarian, Public Service-Adjunct position. I was qualified for said position.

3.  On July 18, 2019, Troy A. Swanson (non-black), Library Department Chairperson, informed me that I was not hired for the position in question. No reason was cited for the failure to hire.

4.  On or about July 18, 2019, Respondent hired a non-black applicant for said position, who is less qualified than me.

II.  A.  **ISSUE/BASIS**

FAILURE TO HIRE – JULY 18, 2019, DUE TO AGE

B.  **PRIMA FACIE ALLEGATIONS**

1.  I was 56 years of age at the time of the alleged violation.

2.  In June 2019, I applied to Respondent's Assistant Librarian, Public Service-Adjunct position. I was qualified for said position.

3.  On July 18, 2019, Troy A. Swanson (age unknown), Library Department Chairperson, informed me that I was not hired for the position in question. No reason was cited for the failure to hire.

4.  On or about July 18, 2019, Respondent hired a younger applicant for said position, who is less qualified than me.