# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| DR. LAVONIA LONZO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 22 CV 07164 |
| | ) | |
| MORAINE VALLEY COMMUNITY COLLEGE, | ) | |
| | ) | Honorable Judge Andrea R. Wood |
| | ) | |
| Defendant. | ) | JURY TRIAL DEMANDED |

## UPDATED JOINT STATUS REPORT

The parties, through their respective attorneys, submit the following Joint Status Report pursuant to this Court's Order of September 29, 2023 (Doc. #28):

**1. Status of Discovery**

The status of Discovery, including what progress has been made, whether the parties are aware of any disputes that may require the Court's involvement, and whether the parties are aware of any reason they will not be able to complete fact discovery by the 2/29/2024 deadline.

> **Plaintiff and Defendant have each responded to the other party's first set of interrogatories and first set of requests for production. Defendant has served Plaintiff with notice of her deposition set for January 26, 2024. Plaintiff intends to serve Defendant with notices of certain depositions shortly. At this time, there are no existing discovery disputes requiring the Court's involvement, and neither party is aware of any reason that discovery cannot be completed by the 2/29/24 deadline.**

**2. Status of Settlement**

The Parties views regarding settlement and whether a referral to a magistrate judge would be productive.

> **There have been no settlement discussions as of this time**. **Plaintiff requests that the matter of referring this case to a magistrate judge for settlement be reserved until the conclusion of fact discovery.**

**3. Telephonic Status Hearing**

Whether the parties require a telephonic status hearing and, if so, what matters the parties feel it would be helpful to discuss with the Court.

**The parties do not require a telephonic status hearing at this time.**

Dated: November 27, 2023

Respectfully submitted,

| | |
|---|---|
| DR. LAVONIA LONZO, Plaintiff | MORAINE VALLEY COMMUNITY COLLEGE, Defendant |
| By: /s/ *Laura G. Jennings* <br> One of Her Attorneys | By: /s/ <br> Its Attorney |
| Stephen Novack <br> Ian P. Flanagan <br> Laura G. Jennings <br> ARMSTRONG TEASDALE LLP <br> 100 N. Riverside Plaza <br> Chicago, Illinois 60606 <br> Tel: (312) 419-6900 <br> snovack@atllp.com <br> *iflanagan@atllp.com* <br> *ljennings@atllp.com* | John B. Murphey <br> ODELSON, MURPHEY, FRAZIER & MCGRATH, LTD. <br> 3318 West 95th Street <br> Evergreen Park, Illinois 60805 <br> 708-424-5678 <br> *jmurphey@omfmlaw.com* |

2

## **CERTIFICATE OF SERVICE**

Laura G. Jennings, an attorney, hereby certifies that, on November 27, 2023, she caused a true and correct copy of the foregoing to be filed electronically with the Court's CM/ECF system, and that notice of this filing was sent by electronic mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to receive electronic filings as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

/s/ *Laura G. Jennings*